Denise Haley Bourgeois
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
SANDRA J. PRIM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA J. PRIM ) | Case No.: 1:11 CV 01830 BAM |
| ) | |
| Plaintiff, ) | ORDER EXTENDING BRIEFING |
| v. ) | SCHEDULE |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include June 29, 2012, in which to file Plaintiff's opening brief; and that all other deadlines set forth in the Scheduling Order shall be extended accordingly.

IT IS SO ORDERED


Dated:   June 26, 2012              /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE