BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

   160 Spear Street, 8th Floor
   San Francisco, California 94105
   Telephone: (415) 977-8972
   Facsimile: (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| SANDRA J. PRIM,<br>        Plaintiff,<br>v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>        Defendant. | Case No. CIV-1:11-cv-01830-BAM<br><br>ORDER TO EXTEND BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Defendant shall have a 30-day extension, or until August 29, 2012, in which to file his Opposition to Plaintiff's Opening Brief.

IT IS SO ORDERED.

Dated: **July 31, 2012**        **/s/ Barbara A. McAuliffe**
                                                      UNITED STATES MAGISTRATE JUDGE