1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      160 Spear Street, 8th Floor
       San Francisco, California 94105
6      Telephone:  (415) 977-8972
       Facsimile:  (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8

   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA
                          **FRESNO DIVISION**
11
   SANDRA J. PRIM,                    )
12                                    )    Case No.  CIV-1:11-cv-01830-BAM
                 Plaintiff,           )
13                                    )    ORDER TO EXTEND BRIEFING SCHEDULE
            v.                        )
14                                    )
   MICHAEL J. ASTRUE,                 )
15 Commissioner of Social Security,   )
                                      )
16               Defendant.           )
                                      )
17 _____    )

18      Based upon the stipulation of the parties, and for cause shown,

19      IT IS HEREBY ORDERED, that Defendant shall have a 30-day extension, or until August 29,

20 2012, in which to file his Opposition to Plaintiff's Opening Brief.

21      IT IS SO ORDERED.

22   Dated:    **July 31, 2012**              **/s/ Barbara A. McAuliffe**
                                        UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28